SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

        2. Case Administrator

FROM:    Financial Administrator

DATE:    6/26/2015

CASE NAME:    Arms

CASE NUMBER:    12-21707-JAD

Check Number 947734 in the amount of $ 7,464.19 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number:    98169        Intake Clerk's Initials  MF

*  AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

*FILED 2015 JUN 26 PM 1:27 CLERK US BANKRUPTCY COURT PGH*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

06/25/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: ROBERT D. ARMS

Case No: 12-21707JAD

Dear Mr. Rhodes:

  I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
  These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

Hsbc Bank Usa Na (Re)**
C/O Hsbc Mortgage
2929 Walden Ave
Depew,NY 14043

CHECK NUMBER 947734     AMOUNT $7464.19

  The disbursement(s) was returned to the Trustee for the following reason:

NO POA FILED

  Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Rosa Richard
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:MICHAEL S GEISLER ESQ
ROBERT D. ARMS

Hsbc Bank Usa Na (Re)**